ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
JASWINDER SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00293-AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JASWINDER SINGH, | ) Date: May 13, 2013 |
|  | ) Time: 1:00 p.m. |
| Defendant. | ) Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 13, 2013, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the status conference until **June 3, 2013, at 1:30 p.m.** and to exclude time between May 13, 2013, and June 3, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

- 1 -

        a. The defendant filed a Motion to Suppress which is scheduled to be heard in front of the Honorable Anthony W. Ishii on June 3, 2013, at 1:30 p.m.

        b. The parties request that the government's response to the motion be due on May 23, 2013, and the defendant's reply be due on May 28, 2013.

        c. The government does not object to the continuance.

        d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2013, to June 3, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

IT IS SO STIPULATED.

Dated: May 8, 2013

                                      */s/ Kimberly A. Sanchez*
                                      Assistant United States Attorney

Dated: May 8, 2013

                                      */s/ Anthony P. Capozzi*
                                      Anthony P. Capozzi
                                      Attorney for
                                      JASWINDER SINGH

## **ORDER**

    For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 13, 2013, to, and including, June 3, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    **IT IS ORDERED** that the Status Conference currently scheduled on May 13, 2013, at 1:00 p.m., before Judge McAuliffe, is continued to **June 3, 2013, at 1:30 p.m. before Judge Ishii along with Motions hearing.** The government's response is due on **May 23, 2013,** and the defendant's reply is due **May 28, 2013.**

IT IS SO ORDERED.

    Dated:  **May 9, 2013**                      /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE