FILED
JAN 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | No CR-12-293-AWI |
| vs. | ) | ORDER OF RELEASE |
| JASWINDER SINGH | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on JANUARY 21, 2014 TO 12 MONTHS and ONE DAY (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 1-21-14

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1