BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
        United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JASWINDER SINGH,<br><br>                              Defendant, | 1:12-CR-00293-AWI-BAM<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on January 3, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the guilty verdict entered November 8, 2013, against defendant Jaswinder Singh, forfeiting to the United States the following property:

a.  A Smith and Wesson .45 caliber semi-automatic pistol.

AND WHEREAS, Beginning January 15, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

///

AND WHEREAS, the United States sent direct written notice by certified mail and first class mail to Deepinder Singh;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) to be disposed of according to law, including all right, title, and interest of Jaswinder Singh.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __May 21, 2014__    _____

SENIOR  DISTRICT  JUDGE

Final Order of Forfeiture

2