BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00293-AWI-BAM |
| Plaintiff, | *AMENDED* PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JASWINDER SINGH, | |
| Defendant. | |

Based upon the guilty verdict entered November 8, 2013, against defendant Jaswinder Singh for violation of 18 U.S.C. 922(g), it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d), defendant Jaswinder Singh's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. A Smith and Wesson .45 caliber semi-automatic pistol, Serial No. MP59226,

    b. All seized ammunition,

    c. One gun box with paperwork, and

*Amended* Preliminary Order of Forfeiture      1

         d.  Three Smith and Wesson Magazines.

2.     The above-listed property constitutes property constitutes firearms, ammunition and items involved in or used in a knowing violation of 18 U.S.C. § 922(g).

3.     Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, its secure custody and control.

4.     a.     Publication pursuant to Rule G(4)(a) as to the Smith and Wesson .45 caliber semi-automatic pistol, Serial No. MP59226, previously commenced on January 15, 2014, and publication ran for 30 consecutive days, ending on February 13, 2014.  Notice of Publication for the Smith and Wesson .45 caliber semi-automatic pistol, Serial No. MP59226, was previously filed with the Court on March 11, 2014.  ECF No. 84.  With respect to the additional items and pursuant to Rule G(4)(a), as the United States is sending direct notice pursuant to Rule G(4)(b) to every person the United States can reasonably identify as a potential claimant, and as the value of the additional items are under $1,000.00, publication is not required.

        b.     With respect to the additional items, the notice shall state that any person, other than defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter an *Amended* Final Order of Forfeiture pursuant to 18 U.S.C. §

1  924(d) in which all interests will be addressed.

3  IT IS SO ORDERED.

4  Dated:  June 17, 2014            _____
                                     SENIOR  DISTRICT  JUDGE