BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASWINDER SINGH,<br>Defendant, | 1:12-CR-00293-AWI-BAM<br>***AMENDED* FINAL ORDER OF FORFEITURE** |

WHEREAS, on June 17, 2014, this Court entered an *Amended* Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the guilty verdict entered November 8, 2013, against defendant Jaswinder Singh, forfeiting to the United States the following property:

a. A Smith and Wesson .45 caliber semi-automatic pistol[1],
b. All seized ammunition,
c. One gun box with paperwork, and
d. Three Smith and Wesson Magazines.

AND WHEREAS, pursuant to Rule G(4)(a)(A), the value of the additional items is under $1,000.00 and publication is not required.

AND WHEREAS, the United States sent direct written notice by certified mail and first class mail to Jaswinder Singh and Deepinder Singh;

[1] The Smith and Wesson .45 caliber semi-automatic pistol was previously forfeited in the Final Order of Forfeiture entered May 21, 2014, ECF No. 86.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. An *Amended* Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) to be disposed of according to law, including all right, title, and interest of Jaswinder Singh.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: September 28, 2015

SENIOR DISTRICT JUDGE